## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CAITLIN KNOTTS, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WLCC LENDING FFG, d/b/a ) <br> FALCON FUNDING GROUP; ) <br> WAKPAMNI LAKE COMMUNITY ) <br> CORPORATION; ) <br> WAKPAMNI LAKE COMMUNITY ) <br> CORPORATION II, d/b/a WLCC II; ) <br> GENEVA LONE HILL; ) <br> BRET A. CRANDALL; ) <br> RAYCEN RAINES, III, also known as ) <br> RAYCEN AMERICAN HORSE RAINES, ) <br> and formerly known as RAYCEN ) <br> BALLARD; and JOHN DOES 1-20, ) <br> ) <br>        Defendants. ) | Case No. 1:22-cv-01935-SEB-MKK <br><br> Judge Sarah Evans Barker <br> Magistrate Judge M. Kendra Klump |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. The parties have stipulated that Plaintiff's individual claims are to be dismissed with prejudice and the claims of the putative classes are to be dismissed without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's individual claims are dismissed with prejudice, with each party to bear their own costs.

2. The claims of the putative classes are dismissed without prejudice, with each party to bear their own costs.

Date:  1/31/2023

*Sarah Evans Barker*
_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service of this document will be made electronically
on all ECF-registered counsel of record via email
generated by the Court's CM/ECF system.